FILED

JUL 2 4 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE CATHY ANN BENCIVENGO)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 12CR0872-CAB |
|     Plaintiff, ) | |
| v. ) | ORDER TO CONTINUE |
| **RICHARD PENA,** ) | SENTENCING HEARING |
|     Defendant. ) | |

**IT IS HEREBY ORDERED**, that the sentencing hearing may be continued from July 27, 2012, at 9:00 a.m. to September 21, 2012 at 9:00 a.m. Furthermore, the defendant shall file an acknowledgment of the next court date no later than Friday, July 27, 2012.

**SO ORDERED.**

Dated: 7/24/12

_____
HON. CATHY ANN BENCIVENGO
United States District Judge

11CR1126